IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIR CEA G. MAI, a/k/a Hermione Kelly Ivy Winter, David Allen Allemandi and other aliases,<br><br>            Plaintiff,<br><br>    v.<br><br>GDCG, et al.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-26 (VAC)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington, this 7th day of June 2022, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED as frivolous and for failure to state claims upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

2. Plaintiff is given leave to file an amended complaint on or before July 29, 2022. The Clerk of Court is directed to close the case should Plaintiff fail to timely file an amended complaint.

                                                                       */s/ Maryellen Noreika*
                                                                        The Honorable Maryellen Noreika
                                                                        United States District Judge